# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 21, 2018

### NO. 03-17-00298-CV

**Warren Chevrolet, Inc., d/b/a Green Family Chevrolet,
f/k/a Green Chevrolet Chrysler, Appellant**

**v.**

**Talam Jamal Qatato, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND TOTH
REVERSED AND RENDERED—OPINION BY JUSTICE TOTH**

This is an appeal from the order signed by the district court on April 19, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the district court's order denying Green Chevrolet's special appearance and renders judgment dismissing the case for want of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.